# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

  vs.

DOUGLAS ROTH,

           Defendant.

Case No.: 3:10-CR-00135-RCJ-VPC

**MINUTE ORDER**

June 7, 2012

PRESENT: <u>HONORABLE ROBERT C. JONES</u>, U.S. CHIEF DISTRICT JUDGE

Deputy Clerk: <u>   NONE APPEARING   </u>   Reporter: <u>NONE APPEARING</u>

Counsel for Plaintiff(s): <u>   NONE APPEARING                </u>

Counsel For Defendants(s): <u> NONE APPEARING              </u>

**MINUTE ORDER IN CHAMBERS:**

     IT IS HEREBY ORDERED that (#46) Motion Pursuant to Fed. R. App. Pro. 4(B)(4) for Enlargement of Time to File Notice of Appeal is hereby GRANTED.

     IT IS FURTHER ORDERED that Defendant's time to file his Notice of Appeal is extended nunc pro tunc to April 23, 2012.

     IT IS FURTHER ORDERED that Defendant's Notice of Appeal filed on April 23, 2012 is deemed to have been timely filed.

     **IT IS SO ORDERED.**

_____
United States District Judge